In The United States District Court
For The District of Massachusetts

United States of America                    Case No# 1:07 CR 10195-RWZ
    Respondent
    v.                                      Judge: Honorable Rya Zobel
Pascual Lunas
    Petitioner

FILED IN CLERKS OFFICE 2018 DEC 31 PM 12:29 U.S. DISTRICT COURT DISTRICT OF MASS.

Memorandum of Law and Facts
Supporting Section 28 usc 2255

Pascual Luna, the petitioner acting pro-se, respectfully submits this Memorandum of Law and facts in support.

(Jurisdiction I.)

This court has subject-matter jurisdiction to entertain & rule on petitioner's 2255(1). Trenkler v. United States, 536.F.3d 85 (1st cir 2008).

(Pro-se Statement II.)

Petitioner is presenting this 28 usc 2255 without the benefit of professional legal counsel. Therefore, asking this court to liberally construe his motion under less strigent terms than those presented by proffesional lawyers. See, Haines v. Kerner, 404 U.S. 519, 520-21 (1972); Rainer v. United States, 233 F.3d 96, 97-98 (1st cir 2000)

(Procedural Default Waiver Issues III.)

There are no waivers of collateral review. Petitioner excercised his rights to trial & preserves all rights. Thus, all petitioner claims rest on ineffective assistance of counsel & and law which was not available for counsel use. See: Strickland v. Washington, 466. U.S. 688 (1984), Massaro v. United States, 538 U.S. 500, 505 (2003), Lynch v. Ficco, 438 f.3d 35-36 (1st 2006), "Ineffective claims are not subject to procedural default, and properly raised on 2255.

(1)(A)