UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 07-10195-RGS
CIVIL ACTION NO. 12-12303-RWZ

UNITED STATES OF AMERICA

v.

PASCUAL LUNA

ORDER ON REQUEST FOR A CERTIFICATE OF APPEALABILITY

April 1, 2024

STEARNS, D.J.

In this case, the First Circuit Court of Appeals, in an Order dated August 14, 2023, addressed all three grounds of appeal regarding resentencing pursuant to 28 U.S.C. § 2255 certified by the prior judge assigned to this case. Specifically, the Clerk of Court issued a Judgment granting the government's motion for summary disposition, affirmed the judgment of the district court and denied "any remaining motions, to the extent not mooted by the foregoing . . . ." *Luna v. United States,* No. 21-1486 (1st Cir. Aug. 14, 2023). The Appellant then attempted to refile the case. This court denied the repetitive motion. See Dkt #302; #304. <br><br>

The Clerk of the First Circuit now asks this court to issue a Certificate of Appealability regarding the denial. *See* Dkt #319. To the extent necessary,

any motion for a certificate of appealability is DENIED, the court seeing no meritorious or substantial basis for an appeal.

       SO ORDERED.

       /s/ Richard G. Stearns_____
       UNITED STATES DISTRICT JUDGE